## AFFIDAVIT OF IN FORMA PAUPERIS.

I, **Rohan R. Persaud**, hereby declare that I' am the petitioner in this adove entitled proceedinds filing for Writ of Habeas Corpus Under 28 U.S.C § 2241 and sates as follow:

(1) That I' am in prison since 1998 in states custody.

(2) That now I have being detained by the Immigration and naturalisation service, thus in Federal Custody.

(3) That, I am not employed at this time.

(4) that I do not have any resources from any where and do not own any cach or money to paid the fee for this writ.

(5) That my poverty rendered me enable to pay the $ 5.00 dollard fee require for the petition.

Therefore, I pray the court to grant me the Affidavit of In Forma Pauperis, so I can proceed with my Writ of Habeas Corpus under 28 U.S.C § 2241.

Respectfully,

Executed on July 2, 2001.

Rohan R. Persaud
A38-746-586
Towel 3, Echo K-22
1371 N. Washington Av
Scranton, PA 18509

10.