(3)
7/13/01
MA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROHAN R. PERSAUD,                        :
             Petitioner            :     **CIVIL NO. 1:CV-01-1255**
                            :
    v.                                      :     **(Judge Rambo)**
                            :
**JOHN ASHCROFT, et al.**                 :
             Respondent           :

**FILED**
HARRISBURG, PA

JUL 1 3 2001

## O R D E R

MARY E. D'ANDREA, CLERK
Per _____
            Deputy Clerk

**IT IS HEREBY ORDERED THAT:**

1.  Petitioner's motion to proceed in forma pauperis is granted.

2.  The Clerk of Court is directed to serve a copy of the petition on the respondent and the United States Attorney.

3.  Within twenty (20) days of the date of this order, respondents shall file a response to the petition.

4.  A determination whether the petitioner should be produced for a hearing will be held in abeyance pending the filing of a response.

5.  Petitioner may file a reply to the response within fifteen (15) days of its filing.

SYLVIA H. RAMBO
United States District Judge

Dated: July _13_, 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 13, 2001

Re:  1:01-cv-01255    Persaud v. Ashcroft


True and correct copies of the attached were mailed by the clerk
to the following:

        Rohan R. Persaud #A38-746-586
        Lackawanna County Prison
        1371 N. Washington Ave.
        Scranton, PA  18509

        Martin Carlson
        United States Attorney
        228 Walnut Street
        Harrisburg, PA  17108


cc:
Judge                    (X )        (X ) Pro Se Law Clerk
Magistrate Judge         (  )        (  ) INS
U.S. Marshal             (  )        (  ) Jury Clerk
Probation                (  )
U.S. Attorney            (  )
Atty. for Deft.          (  )
Defendant                (  )
Warden                   (  )
Bureau of Prisons        (  )
Ct Reporter              (  )
Ctroom Deputy            (  )
Orig-Security            (  )
Federal Public Defender  (  )
Summons Issued           (  ) with N/C attached to complt. and served by:
                              U.S. Marshal (  )    Pltf's Attorney (  )
Standard Order 93-5      (  )
Order to Show Cause (X ) with Pet'n attch'd & mailed cert & 1st class mail
                         to:  US Atty Gen  (X ) PA Atty Gen (  )
                              USPC          (X ) Respondents (X )
Bankruptcy Court         (  )
Other_____   (  )

                              MARY E. D'ANDREA, Clerk


DATE: July 13th, 2001                 BY:



U.S. Postal Service
## CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

USPC

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (To be completed by mailer)

Street, Apt. No.; or PO Box No.

City, State, ZIP+ 4

PS Form 3800, February 2000          See Reverse for Instructions

7000 0520 0023 0164 7654



U.S. Postal Service
## CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provic

John Ashcroft

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (To be completed by mailer)

Street, Apt. No.; or PO Box No.

City, State, ZIP+ 4

PS Form 3800, February 2000          See Reverse for Instru

7000 0520 0023 0166 1995



U.S. Postal Service
## CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Martin Carlson

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (To be completed by mailer)

Street, Apt. No.; or PO Box No.

City, State, ZIP+ 4

PS Form 3800, February 2000          See Reverse for Instructions

7000 0520 0023 0164 7630



U.S. Postal Service
## CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

INS

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (To be completed by mailer)

Street, Apt. No.; or PO Box No.

City, State, ZIP+ 4

PS Form 3800, February 2000          See Reverse for Instructions

7000 0520 0023 0164 7647