Law Clerk's Copy

IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG

JUL 2 3 2001

MARY E. D'ANDREA, CLERK

Per _____

DEPUTY CLERK

ROHAN R. PERSAUD            ]
A38-746-586                 ]
    Petitioner,             ]
                            ]
                            ]
    v.                      ]        Civil No. 1:01-CV-01255
                            ]
                            ]        (Judge Sylvia H. Rambo)
JOHN D. ASHCROFT, Et, Al,   ]
    Respondents.            ]


MOTION FOR REQUEST OF ALIEN'S FILE BY
SUPOENAS DUCES TECUM OR DISCOVERY.


    And now comes, Rohan R. Persaud, pro se, respectfully
moves this court requesting for Subpoenas Duces tecum under rule
45(a)(1)(c) of the Federal Rule and Civil Procedure to be issued
to person listed below or produce petitioner's file under rule 34
of the discovery section of Fed. Rul. Civ. Cri. Procedure for the
entire immigration File No. A38-786-586 within a Ten(10) Days of
the court order, due to INS failure to produce such File under
the Freedom of Information Act and Privacy Act (5 U.S.C § 552 and
5 U.S.C § 552(a)) requested by petitioner six(6) Months ago, to
effectively produce evidence contain in those file to the court
in the prosecution of this Writ of Habeas Corpus.

    Such discovery documents will permit petitioner to show
to justifie his claim and at this moment has been precluded.


    In support thereof, petitioner states as follows:

1./

(1) Petitioner six(6) months ago has requested from the act. District director Mr. Charles W. Zemski for his INS file under the Freedom of Information and Privacy Act (FOIA) so petitioner can present evidence for his unlawful detention by this Writ petition. See copy of request A. attached herein......).

(2) Petitioner till date, have not received any documents from INS officials and those documents will be needed to rebut respondents response if any within the 20 Days ordered by the court for respondents to show cause.

(3) Respondents and agents of INS however, did not honored the time limite prescribe by the FOIA statute provision and due to such failure, this Subpoenas Duces Tecum is needed to be issued by this court directing them to produce the entire File ( Books, records, Transcripts, court orders, immigration court records, micro-fish and any documents related to File No. A38-746-586....).

(4) Petitioner wished the court to consider some of those documents contain in the file to determine the INS violations relevant for this action and approprite for the merits of the case at bar, which petitioner will present evens, facts with exhibits to the court. For exemple :

     a)- "Immigration court Transcript" will demonstrate to the court that during petitioner's removal proceedings, there was not any ascertion about the assault convition used by the Judge(IJ)at the end to order petitioner removed from the United States.

     b)- "Travel document request" will show that INS is not making any effort to negociate petit-ioner repatriation to Guyana and will esta-blish the non-repatriation agreement with the United States or Guyana is not willing to take petitioner back to end the indefinite or maybe permanent detention.

2./

c)- " <u>Written decision of the Immigration judge</u>"
will show this court that the Judge (IJ)
removal order was incorrect in matter of
laws and facts, thus over step his juris-
diction and bounderies.

d)- " <u>INS Review papers</u>","<u>Petitioner's Exhibits</u>

<u>submitted for support for release</u>" and more,

in sum, petitioner will submit evidences that
are relevant to prove the Judge order was
"bogus, the BIA decision was inappropriate,
the INS artificial review, abuses in violation
of petitioner's rights and apparently is been
precluded by respondents and associates listed
below, knowingly and deliberatly withheld the
documents to prevent them to be shown to this
court.

(5) The said documents are in possession of respondents and
Agents that are to be subpoen and the earliest submi-
tion of this materials will be convenient for petitioner
to make copies and rebut properely to respondent cause
in case he respond to the writ petition.

(6) Respondents  and agents will suffer no inconvenience in
submittion of material and discovery under rule 34,
since they fist fails to prodace them under FOIA request
and their name are as follow:

Mr. Joel Mikelson                Mr. Charles W. Zemski
deportation Officer              Act. Distr. Director
Pike County Jail (INS)           INS office Philadelphia
170 Pike County Blvd             1600 Callowhill Str.
Hawley, PA 18428                 Philadelphia, PA 19130

Wherefore, petitioner respectfully prays that the insta
motion be granted, providing the documents on a timely manner in
the prison facility Lackawanna County Prison.

JULY·17-2001

Respectfully submitted

*Rohan R. Persaud.*

3./



**U.S. Department of Justice**
Immigration and Naturalization Service

PHI2001000349

*1600 CALLOWHILL STREET*
*PHILADELPHIA, PA 19130*

02/17/2001

ROHAN R. PERSAUD
TOWER #3 UNIT F24
1371 WASHINGTON, AVE
SCRANTON, PA 18509

Dear ROHAN R. PERSAUD:

We received your request for information relating to: ROHAN R. PERSAUD, on 02/17/2001.

Your request is being handled under the provisions of the Privacy Act (5 U.S.C.552A). It has been assigned the following control number: PHI2001000349. Please cite this number in any further inquiry about this request.

In accordance with Department of Justice Regulations (28 CFR 16.41), your request is deemed to constitute an agreement to pay any fees that may be chargeable up to $25.00. When applicable, fees may be for duplication of copies at the rate of $.10 per copy. There is no charge for the first 100 copies; any remaining charges for duplication must exceed $14.00 before we will charge you any fees. Most requests do not require any fees; however, if fees in excess of $25.00 are required, you will be notified prior to processing.

We will answer your request as quickly as possible. If you have further questions, please address your inquiry to this office at the above address, Attention: FOIA/PA Officer.

Sincerely,

Charles W. Zemski
Acting Dist. Dir.