See Attachment 7/30/0[1]
sc

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROHAN R. PERSAUD,
        **Petitioner**      :

                           :     **CIVIL NO. 1:CV-01-1255**

                           :

    **v.**                      :     **(Judge Rambo)**

                           :

JOHN ASHCROFT, <u>et</u> <u>al.</u>     :
        **Respondents**    :

## O R D E R

AND NOW, THIS ᴐ7 DAY OF JULY, 2001, upon consideration of petitioner's motion for "request of alien's file by subpoena duces tecum of discovery," **IT IS HEREBY ORDERED THAT** the motion (Doc. 4) is denied as premature pursuant to Federal Rule of Civil Procedure Rule 26. Petitioner states the discovery is necessary so he can adequately reply to respondents' response to order to show cause. However, respondents have yet to file a response, therefore, discovery may not be relevant.

                           _____

                           YVETTE KANE
                           United States District Judge
                           on behalf of Judge Rambo

DATE:    July 27, 2001

**FILED**
HARRISBURG, PA

JUL 2 7 2001

MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

July 27, 2001

Re:  1:01-cv-01255    Persaud v. Ashcroft


True and correct copies of the attached were mailed by the clerk
to the following:

    Rohan R. Persaud
    CTY-LACK
    A38-746-586
    Lackawanna County Prison
    1371 N. Washington Ave.
    Scranton, PA  18509

    Martin Carlson
    United States Attorney
    228 Walnut Street
    Second Floor
    Harrisburg, PA  17108


cc:
Judge                      ( ✓ )          ( ✓ ) Pro Se Law Clerk
Magistrate Judge           (   )          (   ) INS
U.S. Marshal               (   )          (   ) Jury Clerk
Probation                  (   )
U.S. Attorney              (   )
Atty. for Deft.            (   )
Defendant                  (   )
Warden                     (   )
Bureau of Prisons          (   )
Ct Reporter                (   )
Ctroom Deputy              (   )
Orig-Security              (   )
Federal Public Defender    (   )
Summons Issued             (   )   with N/C attached to complt. and served by:
                                   U.S. Marshal (   )    Pltf's Attorney (   )

Standard Order 93-5        (   )
Order to Show Cause        (   )   with Petition attached & mailed certified mail
                                   to:  US Atty Gen   (   )  PA Atty Gen (   )
                                        DA of County  (   )  Respondents (   )
Bankruptcy Court           (   )
Other_____     (   )

                                        MARY E. D'ANDREA, Clerk