**SENDER: COMPLETE THIS S**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Received by (Please Print Clearly)  B. Date of Delivery  7-19-01

C. Signature  ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

USPC
Park Place 5550
Friendship Place
Bethesda, MD. 20005

Service Type

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Received by (Please Print Clearly)  B. Date of Delivery

C. Signature  ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
dress below: ☐ No

Commissioner Immigration & Naturalization Dept.
425 I Street, Suite 7100
Washington, DC. 20536

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Received by (Please Print Clearly)  B. Date of Delivery  JUL 16 2001

C. Signature  ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
'ES, enter delivery address below: ☐ No

Martin Carlson, Acting U.S. Attorney
Middle District of PA
228 Walnut Street, Suite 217
Harrisburg, PA. 17108-1754

...ce Type
...ertified Mail  ☐ Express Mail
...egistered  ☐ Return Receipt for Merchandise
...ured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Received by (Please Print Clearly)  B...Delivery

C. Signature  JUL 16 2001

☐ Agent  ☐ Addressee

...nt from item 1? ☐ Yes
...ress below: ☐ No

DEPARTMENT OF JUSTICE
SUPERVISOR

U.S. Attorney General, John Ashcroft
Room #511, Main Justice Building
10th and Constitution Avenue
Washington D.C. 20530

☐ Insured Mail  ☐ xpress Mail
☐ C.O.D.  ...eturn Receipt for Merchandise

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Article Number  7000 0520 0023 0166 1995
Transfer from service label
Form 3811, March 2001    Domestic Return Receipt

1: CY-04-1255
order to
show cause
Rambo

PRS&C
Fitts

FILED
HARRISBURG, PA

AUG 1 2001

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk