

COPY (11)

Rohan R Persaud
A 38-746-586
Towel 3, Echo K-24
1371 N. Washington Ave
Scranton, PA 18509.

Clark's Office Address
U.S. District Court
228 Walnut Street
P.O Box 983
Harrisburg, PA 17108.

Persaud V. Ashcroft
Civil No. 1:CV-01-1255

FILED SCRANTON AUG 24 2001 PER _____ DEPUTY CLERK

RECEIVED AUG 17 2001 PER _____ HARRISBURG, PA. DEPUTY CLERK

## DEAR CLERK

I am not able to provided any copies to the Respondent Lorna N. Graham, Asst. Dist Att Due to fact he instructed the Prison Officials not to make any legal copy or invade detainees privacy to read their legal mail and keep them for whatever reason. He can contact back the same officials to have his copies or the Court. I would please ask you to docket this letter and provide me with a criminal complaint form for obstruction of justice interfering with court process, violation of access to the court and invasion of privacy.

I appreciate your motive to send those form requested and sorry for the inconvenionce it may cause

Sincerely.
Rohan R Persaud