F: Rohan R Persaud
Lackawanna County Prison
1371 N. Washington Ave.
Scranton, PA 18509

14 COPY

Re: 1:01-CV-01255

Dear Clerk:

I am writing you this letter asking you to furnish me with a copy of the government responce, on/or about July 29-30 the Lackawanna County Prison official loss the copy the clerk send before, and now I am unable to formulate a supplementar responce. therefore I respectfully ask that this honorable clerk furnish me with another copy of the government responce in the above captioned case.

Secondly. I am requestion 5: 285 Marshall form the lackawanna County Prison don't have them. Please don't forget to mail these 285 forms. I am Thank you in advance

Very Truely yours
Rohan R. Persaud



RECEIVED
SEP 14 2001
PER ___
HARRISBURG, PA.   DEPUTY CLERK