ORIGI[NAL]

(17)
9/28/01

ROHAN R. PERSAUD
INS DETAINEE: A38 746 586
TENSAS PARISH DETENTION CENTER SO[UTH]
HC-62, BOX-500
WATERPROOF, LOUISIANA. 71375-
9.24.01

CHANGE OF ADDRESS

RE: 1:01-CV-01255

DEAR SIR/MADAME.

PLEASE FIND HEREIN MY NEW ADDRESS WHICH IS:

FILED
HARRISBURG, PA
SEP 27 2001
MARY E. D'ANDREA, CLE[RK]
Per _____
Deputy Clerk

NEW ADDRESS
TENSAS PARISH DETENTION CENTER SOUTH
HC-62, BOX-500
WATERPROOF, LOUISIANA. 71375.

OLD ADDRESS
LACKAWANNA COUNTY PRISON
TOWEL #3 ECHO-K-24
1371 N. WASHINGTON AVE
SCRANTON. PA 18509

YOUR EFFORT IS VERY APPRECIATE. YOUR EXPEDITE CHANG[E] OF MY ADDRESS, SO I CAN RECEIVE MY MAIL IN A PROPER MANNER WILL BE THANKFUL.

CC
LORNA N. GRAHAM, ASS. DIST. ATT
P.O. BOX 309 FEDERAL BUILDING
WASHINGTON AVE AND LINDEN ST
SCRANTON PA 18501.

SINCERELY
Rohan R. Persaud